UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2003MJ00267-JLA

UNITED STATES OF AMERICA

V.

ADAILTON F. FERREIRA
A/K/A "MARC" A/K/A "RAFAEL"

**ORDER ON DETENTION**

January 13, 2004

ALEXANDER, M.J.

The defendant, Adailton F. Ferreira A/K/A "Marc" A/K/A "Rafael," appeared before this Court on January 6, 2004 for an initial appearance pursuant to a complaint charging him with violation of 18 U.S.C. §§ 1028(a) (producing identification and false identification documents), 1426(b) (using and selling false immigration, naturalization and/or registry documents) and 1546(a) (immigration document fraud). At the time, the government was represented by Asst. United States Attorney Nadine Pelligrini and the defendant was represented by Federal Defender Charles McGinty. On January 9, 2004, the defendant returned for arraignment, preliminary examination, and a detention hearing.

Following arraignment, the defendant waived without prejudice his right to a detention hearing and preliminary examination, and consented to detention. Accordingly, the Court ORDERED the defendant, Adailton F. Ferreira A/K/A "Marc" A/K/A "Rafael," DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.

/S/ Joyce London Alexander

United States Magistrate Judge