AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

ADAILTON FERREIRA

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: MJ03-m-267 JLA

I, ADILATUN FERREIRA, charged in a (complaint) (petition) pending in this District with fraudulent identification documents

in violation of Title 18, U.S.C., § 1028,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X _____
Defendant

1/9/04
Date

_____
Counsel for Defendant